# EXHIBIT "D"

04/01/2008  11:55                                         (FAX)                    P.001/004

## ONLINE ADDENDUM
### ADDITIONAL SERVICES – ONLINE KEYWORD PURCHASING AND MARKETING

Date: March 13, 2008

This addendum ("Online Addendum") is made part of the Media Purchasing Agent Agreement ("Agreement") dated as of June 20, 2007 and amended January 18, 2008 between EURO RSCG Direct Response, LLC d/b/a EURO RSCG DRTV ("EURO") and Cash4Gold, LLC ("CAS4").

A  **Domain Name Acquisition and Development.** EURO has acquired and shall exclusively own the domain names listed herein (the "Domain Names") and any other such domain names as EURO and CAS4 may later agree.

B  The Domain Names, unless appended by subsequent duly executed agreements, shall be limited to the following:

- Get-Cash-For-Gold.com
- Sell-Gold-For-Cash.com
- SellGoldScrapForCash.com
- SellScrapGoldForCash.com

C  **Costs of Paid Placement.** [REDACTED]

D  **Costs of Microsites.** [REDACTED]

E  **EURO Compensation.** For the purposes of compensation under this Online Addendum a lead ("Lead") is defined as an individual that completes the online lead form which shall include the following information about the individual: first and last name, email address, physical address, phone number. A Lead is delivered when the Lead information is successfully passed to CAS4 in the agreed upon format. [REDACTED]

F  **Acquisition Reporting.** Unless CAS4 objects to EURO's Lead delivery reporting data within five (5) business days of receipt, the amount reported shall be final and binding. CAS4 may only dispute reported amounts if it has a reasonable basis for such dispute. To the extent CAS4 intends to dispute an invoice, CAS4 shall provide a written report to EURO, within five (5) business days of receipt, identifying, in detail, the discrepancies between the invoiced amount and CAS4's evidence.

G  **Billing and Payment For Online.** [REDACTED]

Online Addendum
1/15/2007

**REDACTED**



Page 1

EXHIBIT D

04/01/2008   11:56                                                           (FAX)                          P.002/004

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

H  Use of Domain Names. EURO shall exclusively license the Domain Names to CAS4 in accordance with the terms and conditions set forth in this Online Addendum, the Agreement, and any subsequent amendments. EURO shall hold and use the Domain Names only to the benefit of the business operated by CAS4. Both EURO and CAS4 agree that neither will make, or authorize any use, direct or indirect, of the Domain Names for any purpose other than the promotion and furtherance of CAS4's business interests unless specifically ratified by a subsequent agreement or amendment executed by EURO and CAS4, except in the event that ownership of the Domain Names is transferred to CAS4 per this Online Addendum. CAS4 may thereafter utilize, dispose of, and otherwise enjoy the benefits of full title and interest in and to the Domain Names without further regard to this Online Addendum.

I  Transfer of Domain Names. EURO will transfer all ownership of the Domain Names to CAS4 on an "AS IS" basis and CAS4 shall assume such rights at the point in which Euro aggregates, and CAS4 payments surpass $1,000,000.00 for leads generated through these Domain Names. EURO will cooperate with CAS4 in completing any and all transfer paperwork, including online forms and certifications, as is reasonably necessary to evidence this change in ownership and registration of the Domain Names.

J  Upon and after the expiration or termination of this Online Addendum, if the Domain Names have not been transferred to CAS4, all rights granted to CAS4 hereunder shall revert to EURO and CAS4 shall refrain from further direct or indirect use of the Domain Names. EURO shall not be free to license to any third party or continue to use the Domain Names for anyone other than CAS4. EURO shall maintain ownership of the Domain Names for a minimum of two (2) years following termination. After such time, the Domain Names will be available for public purchase.

K  Privacy. CAS4 agrees to comply with all applicable privacy laws. CAS4 further agrees to post conspicuously on each of its websites a privacy policy, linked, at a minimum, from the website's home page, that: (a) discloses its privacy practices, including its use of a third party for its ad serving activities, (b) identifies the collection and use of information gathered in connection with both ad serving activities and delivery of its content, and (c) provides the user with instructions as to opting out from such collection. EURO shall have no liability to any third party or to CAS4, in the event that CAS4 does not comply with the provisions in this section.

L  Cancellations. In the event CAS4 approves in writing, after appropriate written disclosure of the terms by EURO, placement of online advertising with limited cancellation rights or no cancellation rights, CAS4 agrees to be bound by such terms and pay EURO for any leads generated regardless of the termination of this Online Addendum or these online services prior to completion of such online placements.

M  License to CAS4's Property. CAS4 grants to EURO and Publishers (defined below) a non-exclusive license to use, reproduce, publicly and digitally display and perform, transmit and broadcast CAS4's name, logos, trademarks, trade names, service marks, Domain Names and slogans to display, market, promote and publicize ads on the service, and on Publisher's websites, and for the purpose of including CAS4 in EURO's marketing and promotional materials. CAS4 further grants to EURO and Publishers a personal, non-exclusive, revocable, non-transferable, limited license to all intellectual property rights, owned or controlled by CAS4 (including but not limited to copyrights, trademarks, and service marks) solely to the extent that such license is required for performance of the service in accordance with this Online Addendum. CAS4 agrees that it shall be in compliance with those relevant advertising laws in the United States insofar as such laws would apply to any copy, text, graphics or advertising materials provided by it or approved for use or dissemination by EURO. Publishers being defined as an independent party that promotes products and services of an advertiser and/or displays an advertiser's ad, text links, or product links.

N  CAS4 agrees that it will not, during the term of the Online Addendum or thereafter, attack the title, right of licensing, or any rights of EURO in or to the Domain Names.

Online Addendum
1/05/2007                                                                                                 Page 2

REDACTED            

04/01/2008  11:57                                          (FAX)                          P.003/004

O  Each party agrees to fully assist the other party, to whatever extent necessary, in the procurement of any protection or to protect any of either CAS4's or EURO's rights to the Domain Names.

P  Infringement. Each party shall notify the other party in writing of any infringement of the Domain Names that may come to the notifying party's attention, and shall work together to determine whether or not any action shall be taken on account of any such infringements.

Q  Each party further agrees to use the Domain Names only in accordance with the Agreement and any amendments or addendums thereto, including this Online Addendum, and shall not use the Domain Names in any way that, in the opinion of the other party, is deceptive, misleading or in any way damages such Domain Names or the reputation of either party.

R  Term. During the Term of the Agreement (including any extensions thereto), the parties may terminate this Online Addendum consistent with the Agreement.

S  In the event of any conflict between this Online Addendum and the Agreement concerning the services and obligation arising from online services this Online Addendum shall control. All other terms of the Agreement remain unchanged.

T  This Online Addendum and all the rights and duties hereunder are personal to the parties. Each party agrees that it will not assign, lease, pledge, sublicense, or in any other way transfer the economic benefits of the license granted herein, or any portion of the rights included therein, to any third party without the prior written consent of the other party.

Agreed:

"EURO"                                                     "CAS4"

EURO RSCG Direct Response LLC, d/b/a EURO                  Cash4Gold, LLC
RSCG DRTV

Signed: _____                                     Signed: _____

By: Brian Nakashima                                        By: Jeff Aronson
As: Chief Financial Officer                                As:

Online Addendum
1/05/2007                                                                              Page 3

04/01/2008  11:57  (FAX)  P.004/004

EXHIBIT A

The following are CAS4's trademark names:

- Cash 4 gold
- Cash4gold
- Cash4 gold
- Cash 4gold
- Cash for gold
- Cashforgold
- Cash forgold
- Cashfor gold
- Cash4gold.com
- www.cash4gold.com
- Cashforgold.com
- www.cashforgold.com
- Cash four gold
- cashfourgold

Online Addendies
1/03/2007

Page 4